HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY A. THRESHER,<br><br>　　　　Plaintiff-Appellant,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant-Appellee. | Case No. C06-5071RBL<br><br>ORDER OF REMAND |

Based upon the mandate of the United States Court of Appeals for the Ninth Circuit, this matter is **REMANDED** to the Commissioner of Social Security for further proceedings.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2008.

　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1