# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MARY A. THRESHER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5071RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That based upon the mandate of the United States Court of Appeals for the Ninth Circuit, this
matter is **REMANDED** to the Commissioner of Social Security for further proceedings.



____August 18, 2008____          ____BRUCE RIFKIN____
Date          Clerk


     _s/Caroline M. Gonzalez_
Deputy Clerk